# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAL H. HARRIS and TERRENCE A. COLBERT, | : | |
| Appellants | : | CIVIL ACTION NO. 3:23-CV-744 |
| v. | : | (JUDGE MANNION) |
| LETICIA R. COUTTIEN, | : | |
| Appellee | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Bankruptcy Court's order denying Appellants' motion to extend the time to file a notice of appeal is **AFFIRMED**, and the Appellants' appeal, **(Doc. 1)**, is **DISMISSED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: April 5, 2024**
23-744-01-ORDER